Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−18403−RG
                Chapter: 7
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisca Bastardo
   Francisca Bastardo
   34 MIDLAND AVENUE
   GARFIELD, NJ 07026

Social Security No.:
   xxx−xx−7999

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Filed by Emilio Santiago on behalf of Francisca Bastardo..

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Rosemary Gambardella on,

Date: 9/18/18
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: July 10, 2018
JAN:

                              Jeanne Naughton
                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-18403-RG
Francisca Bastardo                                                  Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2          Date Rcvd: Jul 10, 2018
                               Form ID: 170                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db             +Francisca Bastardo,    Francisca Bastardo,    34 MIDLAND AVENUE,    GARFIELD, NJ 07026-3131
517479068      +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
517479069      +Chase Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517479070      +Citi,   P.O. Box 6004,    Sioux Falls, SD 57117-6004
517479071      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517479073       DSNB/Macys,    P.O. Box 8218,    Monroe, OH 45050
517479075      +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
517479079      +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
517479080      +Raymour and Flanigan,    1000 Macarthur Blvd,    Mahwah, New Jersey 07430-2035
517479083      +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
517479084      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                Cedar Rapids, IA 52411)
517479085      +WFFNB/Bob Discount Furn.,    CSCL DSP TM MAC N8235-04M,    P.O. Box 14517,
                Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 23:31:05     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 23:31:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 10 2018 23:31:14
                American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016-8088
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:29
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517479072      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 10 2018 23:30:35
                Comenity Bank/Victoria Secret,    P.O. Box 182789,    Columbus, OH 43218-2789
517479074      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 10 2018 23:31:39     Diversified Consultants,
                P.O. Box 551268,    Jacksonville, FL 32255-1268
517479076      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:36:02      JC Penney,    P.O. Box 960090,
                Orlando, FL 32896-0090
517479077      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2018 23:29:59      Kohls,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
517479078      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2018 23:29:59      Kohls Department Store,
                P.O. Box 3115,    Milwaukee, WI 53201-3115
517479081      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:36:02      SYNCB/GAPDC,    P.O. Box 965005,
                Orlando, FL 32896-5005
517479082      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:36:01      SYNCB/JC Penney,
                P.O. Box 965007,    Orlando, FL 32896-5007
517482168      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:36:02      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517479067*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Drive,
                Wilmington, DE 19808)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jul 10, 2018
                              Form ID: 170               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Barbara   Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Emilio  Santiago    on behalf of Debtor Francisca  Bastardo emilio@esantiagolaw.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```