Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−18403−RG
                Chapter:  7
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francisca Bastardo
  Francisca Bastardo
  34 MIDLAND AVENUE
  GARFIELD, NJ 07026

Social Security No.:
  xxx−xx−7999

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/18 at 11:20 AM

to consider and act upon the following:

*14* − Motion to dismiss case for other reasons re:Debtor had no income at the time she incurred certain debts. Filed by Emilio Santiago on behalf of Francisca Bastardo. Hearing scheduled for 9/18/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Santiago, Emilio)

Dated: 9/28/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court