**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−18403−RG | **DATE FILED::** 4/26/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Francisca Bastardo<br>xxx−xx−7999 | ADDRESS OF DEBTOR(S):<br><br>Francisca Bastardo<br>34 MIDLAND AVENUE<br>GARFIELD, NJ 07026 |
| DEBTOR'S ATTORNEY:<br>Emilio Santiago<br>Law Offices of Emilio Santiago, LLC<br>3−5 Village Square East, Suite 1<br>Ste 1<br>Clifton, NJ 07011<br><br>973−777−9700 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/27/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 28, 2018                    FOR THE COURT
                                             Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Francisca Bastardo  
    Debtor

Case No. 18-18403-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 28, 2018  
                  Form ID: noa     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db             +Francisca Bastardo,    Francisca Bastardo,    34 MIDLAND AVENUE,    GARFIELD, NJ 07026-3131
517479068      +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
517479073       DSNB/Macys,    P.O. Box 8218,    Monroe, OH 45050
517479075      +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
517479079      +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
517479080      +Raymour and Flanigan,    1000 Macarthur Blvd,    Mahwah, New Jersey 07430-2035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Sep 29 2018 03:48:00      American Honda Finance Corporation,    PO Box 168088,
                 Irving, TX 75016-8088
cr             +EDI: RMSC.COM Sep 29 2018 03:49:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517479069      +EDI: CHASE.COM Sep 29 2018 03:48:00      Chase Bank One Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517479070      +EDI: CITICORP.COM Sep 29 2018 03:48:00      Citi,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
517479071      +EDI: CITICORP.COM Sep 29 2018 03:48:00      Citicards CBNA,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
517479072      +EDI: WFNNB.COM Sep 29 2018 03:48:00      Comenity Bank/Victoria Secret,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517479074      +EDI: DCI.COM Sep 29 2018 03:49:00      Diversified Consultants,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
517479076      +EDI: RMSC.COM Sep 29 2018 03:49:00      JC Penney,    P.O. Box 960090,    Orlando, FL 32896-0090
517479077      +EDI: CBSKOHLS.COM Sep 29 2018 03:48:00      Kohls,    P.O. Box 2983,    Milwaukee, WI 53201-2983
517479078      +EDI: CBSKOHLS.COM Sep 29 2018 03:48:00      Kohls Department Store,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
517479081      +EDI: RMSC.COM Sep 29 2018 03:49:00      SYNCB/GAPDC,    P.O. Box 965005,    Orlando, FL 32896-5005
517479082      +EDI: RMSC.COM Sep 29 2018 03:49:00      SYNCB/JC Penney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
517479083      +EDI: SEARS.COM Sep 29 2018 03:48:00      Sears/CBNA,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
517482168      +EDI: RMSC.COM Sep 29 2018 03:49:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517479084       EDI: TFSR.COM Sep 29 2018 03:48:00      Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411
517479085      +EDI: WFFC.COM Sep 29 2018 03:48:00      WFFNB/Bob Discount Furn.,    CSCL DSP TM MAC N8235-04M,
                 P.O. Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517479067*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Drive,
                 Wilmington, DE 19808)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                           Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: noa             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:

```
          Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara   Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Emilio   Santiago    on behalf of Debtor Francisca   Bastardo emilio@esantiagolaw.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```