Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 18−18403−RG
                                    Chapter: 7
                                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Francisca Bastardo
    Francisca Bastardo
    34 MIDLAND AVENUE
    GARFIELD, NJ 07026

Social Security No.:
    xxx−xx−7999

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/18 at 11:20 AM

to consider and act upon the following:

14 − Motion to dismiss case for other reasons re:Debtor had no income at the time she incurred certain debts. Filed by Emilio Santiago on behalf of Francisca Bastardo. Hearing scheduled for 9/18/2018 at 10:00 AM at RG − Courtroom 3E, Newark. (Santiago, Emilio)

Dated: 9/28/18

                                                                    Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18403-RG
Francisca Bastardo                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Sep 28, 2018
                             Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Francisca Bastardo,    Francisca Bastardo,    34 MIDLAND AVENUE,    GARFIELD, NJ 07026-3131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 29 2018 00:20:33
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016-8088
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 00:30:17
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Barbara Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Emilio Santiago    on behalf of Debtor Francisca  Bastardo emilio@esantiagolaw.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6